# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL E. DEAN, | Civil Action No. 17-06800 |
| Plaintiff, | Judge Jane Triche Milazzo |
| | Magistrate Judge Michael North |
| v. | |
| BP EXPLORATION & PRODUCTION, INC., et al., | |
| Defendants. | |

## ORDER

CONSIDERING the *Ex Parte Motion to Enroll Counsel* ("Motion") (Doc. 70) filed by Transocean Holdings LLC, Tra3nsocean Deepwater, Inc., and Transocean Offshore Deepwater Drilling, Inc.'s (collectively, the "Transocean Defendants"),

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Danielle C. Teutonico is hereby enrolled as counsel to Transocean Defendants in this matter.

New Orleans, Louisiana this 4th day of May, 2022.

_____
HON. JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE