# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL E. DEAN,** | * | **CIVIL ACTION NO. 17-6800** |
| **PLAINTIFF,** | * | |
| **VERSUS** | * | **JUDGE MILAZZO** |
| **BP EXPLORATION & PRODUCTION INC., et al.,** | * | **MAGISTRATE JUDGE NORTH** |
| **DEFENDANTS.** | * | |
| Related to: **B3 PLEADING BUNDLE** in MDL No. 2179 | * | |

## ORDER

Considering BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.'s *Ex Parte* Motion to Withdraw BP's Motion to Compel Discovery Responses;

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Motion to Compel (R. Doc. 73) be **WITHDRAWN**.

New Orleans, Louisiana, this  25th  day of     May    , 2022.

                                                                                    _____
                                                                                    **HONORABLE MICHAEL B. NORTH**