# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MICHAEL E. DEAN, | * | |
| | * | |
| PLAINTIFF, | * | CIVIL ACTION NO. 17-06800 |
| | * | |
| VERSUS | * | |
| | * | |
| BP EXPLORATION & PRODUCTION | * | JUDGE MILAZZO |
| INC., et al., | * | |
| | * | MAGISTRATE |
| DEFENDANTS. | * | JUDGE NORTH |
| | * | |
| Related to:   B3 PLEADING BUNDLE | * | |
| in MDL No. 2179 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## BP'S SUPPLEMENTAL WITNESS AND EXHIBIT LISTS

BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively, "BP"), submit the following supplemental preliminary list of witnesses they may call to testify and exhibits they may use at trial in the captioned matter.[1]

## I.  WITNESS LIST

### A)  BP may call any of the following fact witnesses to testify at the trial of this matter:

1.  Danielle Horton, PA-C, Darla Hobbs, PA-C, Layne Fielder, other healthcare providers, and/or other custodian of records of Coastal Skin Surgery and Dermatology

Healthcare provider who may testify about Plaintiff's medical condition; authentication of documents regarding same.

2.  Ryan Uitti, MD, Robert Wharen, Jr., MD, Sanjeet Grewal, MD, other healthcare providers, and/or other custodian of records of Mayo Clinic Hospital

Healthcare provider who may testify about Plaintiff's medical condition; authentication of documents regarding same.

3.  Jennifer Lesher or other custodian of records for Gary Gotthelf, M.D., P.A.

---

[1]   Halliburton Energy Services, Inc. and Transocean Holdings, LLC, Transocean Deepwater, Inc., and Transocean Deepwater Drilling, Inc. join in the filing of BP's Witness and Exhibit Lists.

To authenticate its lack of medical records pertaining to Plaintiff.

4.  David Dutton, Former BP Manager of Health and Environmental Sciences, and/or other representatives of BP

To testify as to BP's response to the *Deepwater Horizon* oil spill, BP's work with government agencies to coordinate the response, the hazardous characteristics and properties of crude oil and dispersants, the health and safety protocols implemented to protect spill response workers and the public, the government oversight of personnel safety, the environmental sampling process and testing results and that data as they relate to Plaintiff, the independent findings of government agencies monitoring BP's response and the protection of workers and the public, and the cleanup workers' and the public's lack of exposure to harmful levels of oil or dispersant.

5.  Nathan Block, BP Managing Counsel and/or other representatives of BP

To testify as to BP's records pertaining to Plaintiff, BP's mapping of the spill and the use of dispersants, and BP's synthetization of Plaintiff's records to produce summary exhibits to display the data.

6.  Any supervisor or co-worker of Plaintiff

7.  Any witness called or listed by Plaintiff

8.  Any other medical providers of Plaintiff

9.  Any witness whose identity is disclosed in ongoing discovery, including, but not limited to third-party discovery

10. Any witness necessary for rebuttal

11. Any witness needed to authenticate any document offered or introduced as evidence at trial

12. BP reserves the right to supplement this preliminary list of fact witnesses.

**B) BP may call any of the following expert witnesses to testify at the trial of this matter:**

1.  Plaintiff has failed to provide any expert reports in accordance with the deadlines set by this Court.  BP will supplement this preliminary list of expert witnesses after Plaintiff provides their expert reports and BP provides its expert reports.

2.  BP reserves the right to supplement this preliminary list of expert witnesses.

II.     **EXHIBIT LIST**

**BP may use any of the following exhibits at the trial of this matter:**

1.      PTO 63, PTO 66, and PTO 68 of Plaintiff submitted in connection with Civil Action No. 17-cv-06800 (E.D. La.)

2.      Answers to Interrogatories, Requests for Production of Documents, and Requests for Admission by Plaintiff in Civil Action No. 17-cv-06800 (E.D. La)

3.      Mapping and Data related to Plaintiff's alleged exposure

4.      Requested but not yet received IRS Transcripts and other tax records for Plaintiff produced by Plaintiff in this litigation

5.      Requested but not-yet-received Social Security Administration Earnings Records for Plaintiff

6.      Certified medical and billing records of Plaintiff from Coastal Skin Surgery and Dermatology

7.      Certified medical and billing records of Plaintiff from Mayo Clinic Hospital

8.      Certification of no medical records from Gary Gotthelf, M.D., P.A.

9.      Any other medical records of Plaintiff

10.     Gulf Operations PPE and Safety Documents (BP-B3_00000016, BP-B3_00000153-154, BP-B3_00000313-316,      BP-B3_00000358-364,      BP-B3_00000966-1034,      BP-B3_00001097-1111, BP-B3_00001487-519, BP-B3_00001550-1660, BP-B3_00001761-1766,     BP-B3_00001927-1929,     BP-B3_00002402,     BP-B3_00002699-2822,     BP-B3_00002905-2915, BP-B3_00004115-4116, BP-B3_00005638-5671)

11.     Risk Exposure Estimates of Dispersants to Workers on Vessels of Opportunity. (BP-B3_00000313-316)

12.     Gulf Science Data Publication Summary Report Community Air Sampling and Monitoring (BP-B3_00000317-357)

13.     Material Safety Data Sheets (BP-B3_00000701- 720, BP-B3_00018866-18872)

14.     Community Air Sampling and Analysis Plan (BP-B3_00002693-2698)

15.     Regional Response Plan (BP-B3_00001035-1075)

16.     Dispersant Studies (BP-B3_00001323-1484)

17.     Incident Specific Preparedness Review (BP-B3_00002403-2569)

18.     BP Gulf of Mexico Regional Oil Spill Response Plan (BP-B3_00000365-946)

19.     Deepwater Horizon Response Unified Command – Houma Incident Command Post – Dispersant Use (BP-B3_00000947-956)

20.     ICS 208 – BP Incident Management Plan – Site Safety and Health Plan for Fire Fighting, Dispersants Application and Sheen Visual Detection (BP-B3_00000957-965)

21.     RRT-6 FOSC Dispersant Pre-Approval Guidelines and Checklist (BP-B3_00001035-1075)

22.     National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling The Use of Surface and Subsea Dispersants During the BP Deepwater Horizon Oil Spill (BP-B3_00001076-1096)

23.     National Commission on the BP Deepwater Horizon Oil Spill and Offshore Drilling Report to the President (BP-B3_00003015-3412)

24.     Occupational Exposure Samples: Diving into the 2010-2012 Deepwater Horizon Response Datasets (BP-B3_00001112-1261)

25.     Dispersant Studies of the Deepwater Horizon Oil Spill Response (BP-B3_00001323-1484; BP-B3_00001662-1760)

26.     *Aerial Dispersant Group - Houma Operations Plan Interim Report,* 12 August 2010. (BP-B3_00005675-5737)

27.     *Memo from Tamara Joslin, MC252 Training Lead, HSE Training Transition Plan: From MC252 Emergency Response to Gulf Coast Restoration*, 15 August 2010 (BP-B3_00000001-08)

28.     *On-Shore PPE Matrix, Version 2.1*, 2010 (BP-B3-00004113)

29.     Gulf Science Data - Data Publication Summary Report Personal Breathing Zone Samples for Industrial Hygiene Program (BP-B3_00001520-1549)

30.     NIEHS Oil Spill Cleanup Training Tool – Oil Spill Cleanup Initiative – Safety and Health Awareness for Oil Spill Cleanup Workers (BP-B3_00001550-1657)

31.     After Action Report Deepwater Horizon MC252 Aerial Dispersant Response (BP-B3_00001767-1846)

32. Centers for Disease Control and Prevention – Gulf Oil Spill 2010: Deep Water Horizon Oil Spill Human Health Interim Clinical Guidance (BP-B3_00001847-1850)

33. Natural Resource Damage Assessment April 2010 Status Update (BP-B3_00001930-2020)

34. Dispersants – Human Health and Safety (BP-B3_00002265-2269)

35. Deepwater Horizon MC 252 Response Unified Area Command Strategic Plan for Sub-Sea and Sub-Surface Oil and Dispersant Detection, Sampling, and Monitoring (BP-B3_00002270-2365)

36. Shoreline Surveys and Cleanup (BP-B3_00002402)

37. Final Action Memorandum – Incident Specific Preparedness Review Deepwater Horizon Oil Spill (BP-B3_00002403-2569)

38. The Use of Controlled Burning During the Gulf of Mexico Deepwater Horizon MC-252 Oil Spill Response (BP-B3_00002629-2641)

39. Microbes and Oil Spills (BP-B3_00002642-2657)

40. Response v. Restoration White Paper (BP-B3_00002671-2676)

41. Dispersant Use and Approval in the United States (BP-B3_00002677-2682)

42. Dispersant Application Logs (BP-B3_00014540-15106)

43. Provenance of Corexit-related chemical constituents found in nearshore and inland Gulf Coast waters (BP-B3_00002683-2692)

44. Air Sampling Plan (BP-B3_00000317-357)

45. National Institute of Environmental Health Sciences Oil Spill Cleanup Initiative Safety and Health Awareness for Oil Spill Cleanup Workers (BP-B3_00002699-2822)

46. Worker Safety White Paper (BP-B3_00002896 - 2904)

47. Dispersant White Paper (BP-B3_00003493-3502)

48. Air Quality Issues – Air Monitoring Needed for Cleanup Workers in Vessels (BP-B3_00002905-2915)

49. Deepwater Horizon Incident Response Recordable Injury & Illness Data April 22, 2010 to July 1, 2010 (BP-B3_00002953-2968)

50. OSHA Fact Sheet – General Health and Safety Information for the Gulf Oil Spill (BP-

B3_00002972-2974)

51. OSHA's Efforts to Protect Workers (BP-B3_00003413-3415)

52. OSHA Fact Sheet – Current Training Requirements for the Gulf Oil Spill (BP-B3_00003849-3851)

53. Gulf of Mexico Environmental Recovery and Restoration Five Year Report (BP-B3_00002975-3014)

54. Time for Action Six Years After Deepwater Horizon (BP-B3_00003880-3900)

55. Assessing the Effects of the Gulf of Mexico Oil Spill on Human Health (BP-B3_00003901-4107)

56. Protecting Worker and Public Health (BP-B3_00004115-4116)

57. Deepwater Horizon Dispersant Use Meeting Report (BP-B3_00004117-4224)

58. GCRO Safe Practices Manual (BP-B3_00004378-4815)

59. BP Oil Spill Dispersant Use Manual (BP-B3_00004816-4945)

60. What Happened to the Oil? (BP-B3_00005637-5637)

61. Dispersant Info Sheet (BP-B3_00000947-956, BP-B3_00002265-2269, BP-B3_00002270-2365, BP-B3_00002677-2682, BP-B3_00006790-6791)

62. Frequently Asked Questions and Answers Regarding Dispersants (BP-B3_00005837-5854)

63. Dispersants and Your Health (BP-B3_00005855-5855)

64. Deepwater Horizon Response – Unified Command – Houma Incident Command Post – Fact Sheet: Respiratory Protection Employed in the MC-252 Response (BP-B3_00005864-5865)

65. Deepwater Horizon Response – Unified Command – Houma Incident Command Post – Dispersant Use (BP-B3_00005900-5901)

66. Controlled Burns – After-Action Report (BP-B3_00005902-5929)

67. MC 252 In-Situ Burn Safety and Health Plan (BP-B3_00005867-5896)

68. Deepwater Horizon Spill Response Sample Management Program Houma IMT (BP-B3_00006718-6747)

69.   The Coming of Age of Controlled In-Situ Burning (BP-B3_00006748-6782)

70.   Gulf Oil Spill: Assessment of Dioxin Emission from in situ Oil Burns (BP-B3_00006783-6789)

71.   EPA – The Federal Government Response: Dispersant Use in BP Oil Spill (BP-B3_00006790-6791)

72.   Science-Based Decision Making on the Use of Dispersants in the Deepwater Horizon Oil Spill (BP-B3_00006792-6808)

73.   Declarations of David Dutton (BP-B3_00006809-6927)

74.   BP Training Modules (BP-B3_00000017-152, BP-B3_00000155-312, BP-B3_00001661, BP-B3_00004356-4377, BP-B3_00004946-5453, BP-B3_00005455-5636)

75.   National Incident Commander's Report: MC252 Deepwater Horizon (BP-B3_00003852-3879)

76.   Deepwater Horizon Oil Spill:  OSHA's Role in the Response (BP-B3_00003793-3831)

77.   OSAT-1:  Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring and Ecotoxicity Addendum (BP-B3_00003416-3450, BP-B3_00004225-4355)

78.   OSAT-2:  Summary Report for Fate and Effects of Remnant Oil in the Beach Environment (BP-B3_00002366-2401)

79.   OSAT-3:  Investigation of Recurring Residual Oil in Discrete Shoreline Areas in the Eastern Area of Responsibility (BP-B3_00002825-2895)

80.   OSAT Fact Sheet (BP-B3_00002823-2824)

81.   OSAT Summary of Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Ecotoxicity Addendum (BP-B3_00003416-3450)

82.   Expert Report of Robert Cox, MD, PhD, In Re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010, U.S. District Court for the Eastern District of Louisiana, August 15, 2014 (Bates number TREX-240110)

83.   Material Safety Data Sheet (MSDS) for Corexit EC9527  (BP-B3_00000711-720)

84.   Material Safety Data Sheet (MSDS) for Corexit EC9500A (BP-B3_00000701-710)

85.   BP Gulf Science Data, *Chemical analysis and physical properties of weathered, unweathered, and surrogate crude oils from the Deepwater Horizon accident in the Gulf*

*of Mexico, July 2010 to January 2011,* Gulf of Mexico Research Initiative, DOI: 10.7266/N7R78CM9 (last updated July 29, 2016), *available at* https://data.gulfresearchinitiative.org/pelagos-symfony/data/BP.x750.000%3A0003

86.    BP Gulf Science Data, *Monitoring of the Personal Breathing Zone of Response workers for chemicals and oil mists from April 2010 to January 2012*, BP Gulf Science Data. DOI: 10.7266/N71G0JQK.    UDI:    BP.x750.000:0007    (2018),    *available    at* https://data.gulfresearchinitiative.org/pelagos-symfony/data/BP.x750.000%3A0007

87.    BP Gulf Science Data, http://gulfsciencedata.bp.com/go/doc/6145/1942258/.

88.    BP    Gulf    Science    Data.    Community    Air.    Available    at: https://www.piersystem.com/go/doctype/6145/207606, Accessed on: 7/13/14.

89.    BP        Gulf        Science        Data.        Available        at: https://www.piersystem.com/go/doctype/6145/207610, Accessed on: 6/29/14.

90.    BP Gulf Science Data, the Gulf of Mexico Research Initiative, *available at* www.gulfresearchinitivative.org

91.    Gulf Science Data. Data Publication Summary Report, Surface Dispersant Application. Reference No. OTH-01v01-02. Prepared by BP Exploration & Production Inc. and BP Gulf Coast Restoration Organization. 2014.

92.    Gulf    of    Mexico    Research    Initiative.    Available    at: https://data.gulfresearchinitiative.org/pelagos-symfony/dataset-monitoring#750. Accessed on: 11/23/19.

93.    EPA Mobile Air Monitoring on the Gulf Coast: TAGA Buses, *available at* https://archive.epa.gov/emergency/bpspill/web/html/taga.html

94.    EPA Response to BP Spill in the Gulf of Mexico, Download Environmental Data, *available at* https://archive.epa.gov/emergency/bpspill/web/html/download.html

95.    EPA. Dispersant Application. Available at:  http://www.epa.gov/bpspill/dispersants-qanda.html#appl. Accessed 7/20/14.

96.    EPA. EPA Response to BP Spill in the Gulf of Mexico. Odors from the BP Oil Spill. Available at: https://archive.epa.gov/emergency/bpspill/web/html/odor.html. Accessed on: 3/18/20.

97.    EPA. Air monitoring Data for BP Spill/Deepwater Horizon. Available at: https://edg.epa.gov/data/Public/OLEM/DWH_Air_Monitoring.zip

98.    EPA.    Surface    Water    Sampling    Data.    Available    at: https://edg.epa.gov/data/Public/OLEM/DWH_SurfaceWater_Sampling.zip

99.    EPA. Weathered Oil and Tar Sampling Data. Available at:
       https://edg.epa.gov/data/Public/OLEM/DWH_WeatheredOil_Tar_Sampling.zip

100.   EPA AQI. Guidelines for the Reporting of Daily Air Quality – the Air Quality Index (AQI).
       EPA-454/B-06-001, 2006.

101.   EPA. Particulate Matter Pollution. Available at: https://www.epa.gov/pm-pollution

102.   EPA. Integrated Risk Information System (IRIS).   Clinical Assessment Summary.
       Available at: https://www.epa.gov/iris.

103.   EPA.   Air   Emission   Sources.   Basic   Information.   Available   at:
       http://epa.gov/air/emissions/basic.htm

104.   EPA. Toxicological Review for Propylene Glycol and Dipropylene Glycol  EPA/739/R-
       06/002.  U.S. Environmental Protection Agency.  Washington, DC. 2006.

105.   EPA. Toxicological Review of Benzene (Noncancer Effects). EPA/635/R-02/001F.  U.S.
       Environmental Protection Agency.  Washington, DC.

106.   EPA. Toxicological Review of Ethylene Glycol Monobutyl Ether. EPA/635/R-08/006F.
       U.S. Environmental Protection Agency.  Washington, DC. 2010.

107.   EPA.  Toxicological  Review  of  Hexane  EPA/635/R-02/012.   U.S.  Environmental
       Protection Agency.  Washington, DC.

108.   EPA. Toxicological Review of Naphthalene. U.S. Environmental Protection Agency.
       Washington, DC.

109.   EPA.  Toxicological  Review  of  Toluene  EPA/635/R-05/004.   U.S.  Environmental
       Protection Agency.  Washington, DC.

110.   EPA.  Toxicological  Review  of  Xylenes  EPA/635/R-03/001.   U.S.  Environmental
       Protection Agency.  Washington, DC.

111.   EPA   National   Ambient   Air   Quality   Standards.   Available   at:
       http://epa.gov/air/criteria.html.

112.   EPA Response to BP Spill in the Gulf of Mexico.  Monitoring Air Quality Along the Gulf
       Coast.  Available at: http://www.epa.gov/bpspill/air-mon.html. Accessed on 3/21/12.

113.   U.S. Environmental Protection Agency, *Air Data from the Gulf Coastline*, *available at*
       https://archive.epa.gov/emergency/bpspill/web/html/air.html#realtime

114.   U.S. Environmental Protection Agency, *Mobile Air Monitoring on the Gulf Coast: TAGA
       Buses*, *available at* https://archive.epa.gov/emergency/bpspill/web/html/taga.html

115.   U.S. Environmental Protection Agency, *Weathered Oil and Tar Sampling Data for BP Spill/Deepwater Horizon*, *available at* https://catalog.data.gov/dataset/weathered-oil-and-tar-sampling-data-for-bp-spill-deepwater-horizon,   DHW_WeatheredOil_Tar_Sampling Sorted

116.   U.S. Environmental Protection Agency, *Offshore air sampling for dispersant-related compounds*, *available at* https://archive.epa.gov/emergency/bpspill/web/html/dispersant-air-sampling.html

117.   U.S. Environmental Protection Agency, *Quality Assurance Sampling Plan for British Petroleum Oil Spill* (May 2010), *available at* https://archive.epa.gov/emergency/bpspill/web/pdf/bp-oil-spill-sampling-plan.pdf

118.   U.S. Environmental Protection Agency, Office of Land and Emergency Management, *Corexit EC9500A, Technological Product Bulletin #D-4, USEPA, Oil Program Center*, (Dec. 18, 1995), *available at* https://www.epa.gov/emergency-response/corexittm-ec9500a

119.   U.S. Environmental Protection Agency, Office of Environmental Information, *Guidance for Data Quality Assessment, Practice Methods for Data Analysis*, (EPA QA/G-9) EPA/600/R-96/084, (July 2000), *available at* https://www.epa.gov/sites/production/files/2015-06/documents/g9-final.pdf

120.   U.S. Environmental Protection Agency, Office of Environmental Information, *EPA Requirements for Quality Assurance Project Plans*, (EPA QA/R-5) EPA/240/B-01/003 (March 2001), *available at* https://www.epa.gov/sites/production/files/2016-06/documents/r5-final_0.pdf

121.   U.S. Environmental Protection Agency, Office of Environmental Information, *Guidance on Environmental Data Verification and Data Validation*, EPA QA/G-8, EPA/240-R-02/004 (Nov. 2002), *available at* https://www.epa.gov/sites/production/files/2015-06/documents/g8-final.pdf

122.   U.S. Environmental Protection Agency, Office of Environmental Information, *Guidance for Quality Assurance Project Plans*, (EPA QA/G-5), EPA/240/R-02/009 (Dec. 2002), *available at* https://www.epa.gov/sites/production/files/2015-06/documents/g5-final.pdf

123.   U.S. Environmental Protection Agency, Contract Laboratory Program, *National Functional Guidelines for Superfund Organic Methods Data Review*, EPA/540-R-08/01 (June 2008), *available at* https://www.wipp.energy.gov/library/Information_Repository_A/Supplemental_Information/EPA%202008.pdf

124.   National Institute for Occupational Safety and Health Chemical Exposure Assessment Considerations for Use in Evaluating Deepwater Horizon Response Workers and

Volunteers (BP-B3_00002658-2670)

125. National Institute for Occupational Safety and Health Personal Breathing Zone Database (BP-B3_00003613)

126. National Institute for Occupational Safety and Health Reports (BP-B3_00002570-2628, BP-B3_00002658-2670, BP-B3_00002916-2952, BP-B3_00002969-2971, BP-B3_00003451-3474, BP-B3_00003479-3492, BP-B3_00003503-3612, BP-B3_00003614-3792, BP-B3_00003832-3848)

127. National Institute for Occupational Safety and Health Hazard Evaluation of Deepwater Horizon Response Workers. HETA 2010-00115, 1-9. National Institute for Occupational Safety and Health. Centers for Disease Control and Prevention. 2012.

128. National Institute for Occupational Safety and Health Pocket Guide to Chemical Hazards 2007. Available at: https://www.cdc.gov/niosh/docs/2005-149/pdfs/2005-149.pdf

129. National Institute for Occupational Safety and Health, *Interim Guidance for Protecting Deepwater Horizon Response Workers and Volunteers. National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention* (July 26, 2010) (BP-B3_00002611-2628)

130. National Institute of Environmental Health Sciences and OSHA, *Oil Spill Cleanup Training Tool, S&H Awareness for Oil Spill Cleanup Workers* (May 2010) (BP-B3_00002699-2822)

131. Centers for Disease Control and Prevention, *Deepwater Horizon Response Air Sampling Data*, *available at* https://www.cdc.gov/niosh/data/datasets/1004/default.html

132. OSHA Assessing Worker Exposures. Available at: http://www.osha.gov/oilspills/index_sampling.html. Accessed on 4/20/2012.

133. OSHA Off-Shore PPE Matrix for Gulf Operations, Version 2.1.  Available at: https://www.osha.gov/oilspills/gulf-operations-ppe-matrix.pdf, Accessed on 3/21/12.

134. Occupational Safety and Health Administration, *OSHA Activities During the Deepwater Horizon Oil Spill*, *available at* https://web.archive.org/web/20170428151851/https://www.osha.gov/oilspills/index_workerprot.html

135. Occupational Safety and Health Administration, General Industry Standards, 29 C.F.R. 1910, *available at* https://www.osha.gov/laws-regs/regulations/standardnumber/1910

136. U.S. Department of Labor, Occupational Safety and Health Administration, *Assessing Worker Exposures*, *available at* https://web.archive.org/web/20170428151739/https://www.osha.gov/oilspills/index_sam

pling.html

137.  U.S. Department of Labor, Occupational Safety and Health Administration, *Worker Protection Information*, *available at* https://web.archive.org/web/20170428151851/https://www.osha.gov/oilspills/index_workerprot.html

138.  U.S. Geological Survey, *Organic Contaminants, Trace and Major Elements, and Nutrients in Water and Sediment Sampled in Response to the Deepwater Horizon Oil Spill*, Open-File Report 2011-1271, available at https://pubs.usgs.gov/of/2011/1271/pdf/ofr20111271.pdf

139.  Gulf of Mexico Research Initiative, *Data Discovery*, *available at* https://data.gulfresearchinitiative.org/pelagos-symfony/data-discovery

140.  Aerial dispersant application tracks and data from the Environmental Response Management Application (ERMA) database, *available at* https://response.restoration.noaa.gov/maps-and-spatial-data/environmental-response-management-application-erma

141.  LDEQ 2020.Louisiana Department of Environmental Quality. Ambient Air Monitoring Data and Reports. Available at: http://www.deq.louisiana.gov/portal/DIVISIONS/Assessment/AirFieldServices/AmbientAirMonitoringProgram/AmbientAirMonitoringDataandReports.aspx. Accessed on 3/1/20.

142.  Mississippi Department of Environmental Quality. 2010 Air Quality Data Summary. Available at: http://www.deq.state.ms.us/MDEQ.nsf/pdf/Air_2010AirQualityDataSummary/$File/2010%20Air%20Quality%20Data%20Summary.pdf?OpenElement.

143.  State of Alabama Ambient Air Monitoring 2010 Consolidated Network Review. Available at: http://www.adem.state.al.us/programs/ air/airquality/2010AmbientAirPlan.pdf.

144.  NOAA Deepwater Horizon Natural Resources Damage Assessment Data, *available at* https://dwhdiver.orr.noaa.gov

145.  Nowell, L.H., Ludtke, A.S., Mueller, D.K., & Scott, J.C., U.S. Geological Survey, *Organic Contaminants, Trace and Major Elements, and Nutrients in Water and Sediment Sampled in Response to the Deepwater Horizon Oil Spill*, U.S. Geological Survey Scientific Investigations Report 2012–5228 (2013), p. 128, *available at* https://pubs.usgs.gov/sir/2012/5228/pdf/sir20125228.pdf

146.  National Oceanic and Atmospheric Administration, *Type of Preassessment Information Available*, Appendix G to *Guidance Document for Natural Resource Damage Assessment Under the Oil Pollution Act of 1990*, *available at*

https://darrp.noaa.gov/sites/default/files/Preassessment%20Phase.pdf

147.   Office of Response Restoration, Special Monitoring of Applied Response Technologies (SMART), *available at* https://response.restoration.noaa.gov/smart

148.   Telfeyan K., Breaux A., Kim J., Cable J.E., Kolker A.S., Grimm D.S., Johannesson K.H., *2017 Arsenic, vanadium, iron, and manganese biogeochemistry in a deltaic wetland, southern Louisiana, USA*, Marine Chemistry, 192:32-48 (Apr. 5, 2017), *available at* https://www.osti.gov/pages/biblio/1352446-arsenic-vanadium-iron-manganese-biogeochemistry-deltaic-wetland-southern-louisiana-usa   or https://www.lacoast.gov/crms/crms_public_data/publications/Telfeyan%20et%20al%202017.pdf

149.   Place, B.J., Perkins, M.J., Sinclair, E., Barsamiana, A.L., Blakemorea, P.R., Field, J.A., *Trace analysis of surfactants in Corexit oil dispersant formulations and seawater*, Deep Sea Research Part II: Topical Studies in Oceanography, 129:273-281 (July 2016), *available at* https://www.sciencedirect.com/science/article/abs/pii/S0967064514000290   or https://www.ncbi.nlm.nih.gov/pubmed/27594772

150.   U.S. Environmental Protection Agency, *National Primary Drinking Water Regulations*, *available at* https://www.semanticscholar.org/paper/Trace-elements-and-polycyclic-aromatic-hydrocarbons-Wade-Soliman/7ce536cb88f5dbb9597e99a97630df0d20cd96e6

151.   Kennicutt II., M.C. (Ed.), Minerals Management Service, Gulf of Mexico OCS Region, *Gulf of Mexico Offshore Operations Monitoring Experiment, Final Report, Phase I: Sublethal Responses to Contaminant Exposure*, OCS Study MMS 95-0045 (1995), *available at* https://www.boem.gov/ESPIS/1/1267.pdf   or http://www.csun.edu/~dorsogna/nodrill/RospoMare/goomex2.pdf

152.   Fitzgerald, T., Gohlke, J.M., *Contaminant Levels in Gulf of Mexico Reef Fish after the Deepwater Horizon Oil Spill As Measured by a Fishermen-Led Testing Program*, Environ. Sci. Technol., 48:1993−2000 (Jan. 16, 2014), *available at* https://www.ncbi.nlm.nih.gov/pubmed/24401096

153.   Shelow, D., U.S. Environmental Protection Agency, *BP Oil Spill Response Air Monitoring*, USEPA–OAR–OAQPS, National Air Toxics Workshop (April 5, 2011), *available at* https://www3.epa.gov/ttnamti1/files/ambient/airtox/2011workshop/day2DaveShelowBPOilSpill.pdf

154.   Avens, H.J., Unice, K.M., Sahmel, J., Gross, S.A., Keenan, J.J., Paustenbach, D.J., *Analysis and Modeling of Airborne BTEX Concentrations from the Deepwater Horizon Oil Spill*, Environ. Sci. Technol. 45:7372–7379 (2011), *available at* https://www.ncbi.nlm.nih.gov/pubmed/21797246

155.   King, B.S., Gibbons, J.D., *Health Hazard Evaluation of Deepwater Horizon Response*

*Workers*, Health Hazard Evaluation Report HETA 2010-0115 & 2010-0129-3138 (2011) (BP-B3_00002570-2593)

156. Farrington, J.W., *Oil Pollution in the Marine Environment II: Fates and Effects of Oil Spills*, Environment: Science and Policy for Sustainable Development 56:16, 20 (2014), *available at* https://www.tandfonline.com/doi/abs/10.1080/00139157.2014.922382

157. Socolofsky, S.A., Adams, E.E., Sherwood, C.R., *Formation dynamics of subsurface hydrocarbon intrusions following the Deepwater Horizon blowout*, Geophysical Research Letters 38:L09602 (2011), *available at* https://www.researchgate.net/publication/253682088_Socolofsky_SA_Adams_EE_Sherwood_CR_Formation_dynamics_of_subsurface_hydrocarbon_intrusions_following_the_Deepwater_Horizon_blowout_Geophys_Res_Lett_38_L09602

158. Ryerson, T.B., Camilli, R., Kessler, J.D., Kujawinski, E.B., Reddy, C.M., Valentine, D.L., Atlas, E., Blake, D.B., Joost de Gouwa, M.S., Parrish, D.D., Peischla, J., Seewald, J.S., and Warneke, C., *Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution*, PNAS 109(50):20246-20253 (2012), *available at* https://www.pnas.org/content/109/50/20246

159. Federal Interagency Solutions Group, Oil Budget Calculator Science and Engineering Team, *Oil Budget Calculator, Deepwater Horizon* (Nov. 2010), *available at* https://www.restorethegulf.gov/sites/default/files/documents/pdf/OilBudgetCalc_Full_HQ-Print_111110.pdf

160. Federal On-Scene Coordinator. On Scene Coordinator Report, *Deepwater Horizon Oil Spill*, Submitted to the National Response Team (Sept. 2011) (BP-B3_00002021-2264)

161. U.S. Coast Guard and U.S. Environmental Protection Agency, *Dispersant Monitoring and Assessment Directive for Subsurface Dispersant Application*, at 3 (May 10, 2010), *available at* https://archive.epa.gov/emergency/bpspill/web/pdf/subsurface-dispersant-directive-final.pdf

162. Joint Analysis Group, *Review of Preliminary Data to Examine Oxygen Levels in the Vicinity of MC252#1, May 8 to August 9, 2010* (Aug. 16, 2010), *available at* https://www.aoml.noaa.gov/ocd/ocdweb/JAG_Oxygen_Report_Final.pdf

163. Socolofsky, S.A., Adams, E.E., and Sherwood, C.R., *Formation dynamics of subsurface hydrocarbon intrusions following the Deepwater Horizon blowout*, Geophysical Research Letters 38:L09602 (May 12, 2011), *available at* https://agupubs.onlinelibrary.wiley.com/doi/full/10.1029/2011GL047174

164. Spier, C., Stringfellow, W.T., Hazen, T.C., and Conrad, M., *Distribution of hydrocarbons released during the 2010 MC252 oil spill in deep offshore waters,* Environmental Pollution 173:224-30 (Nov. 29, 2012), *available at*

-14-

https://www.ncbi.nlm.nih.gov/pubmed/23202654

165.   Diercks, A.R., Highsmith, R.C., Asper, V.L., Joung, D-J., Zhou, Z., Guo, L., Shiller, A.M., Joye, S.B., Teske A.P., Guinaso N., Wade, T.L., and Lohrenz, S.E., *Characterization of Subsurface Polycyclic Aromatic Hydrocarbons at the Deepwater Horizon Site. Geophysical Research Letters* 37(L20602):1-6, doi:10.1029/2010GL045046 (Oct. 21, 2010), *available                                  at* https://agupubs.onlinelibrary.wiley.com/doi/full/10.1029/2010GL045046

166.   Camilli, R., Reddy, C.R., Yoerger, D.R., Van Mooy, B.A.S., Jakuba, M.V., Kinsey, J.C., McIntyre, C.P., Sylva, S.P., and Maloney, J.V., *Tracking Hydrocarbon Plume Transport and Biodegradation at Deepwater Horizon*, Science 330:201-204 (Oct. 2010), *available at* https://www.researchgate.net/publication/45720938_Tracking_Hydrocarbon_Plume_Transport_and_Biodegradation_at_Deepwater_Horizon

167.   Kessler, J.D., Valentine, D.L., Redmond, M.C., Du, M., Chan, E.W., Mendes, S.D., Quiroz, E.W., Villanueva, C.J., Shusta, S.S., Werra, L.M., Yvon-Lewis, S.A., and Weber, T.C., *A Persistent Oxygen Anomaly Reveals the Fate of Spilled Methane in the Deep Gulf of Mexico*, Science 331:312-15 (Jan. 2011), *available at* https://www.researchgate.net/publication/49734598_A_Persistent_Oxygen_Anomaly_Reveals_the_Fate_of_Spilled_Methane_in_the_Deep_Gulf_of_Mexico

168.   Spier, C., Stringfellow, W.T., Hazen, T.C., and Conrad, M., *Distribution of hydrocarbons released during the 2010 MC252 oil spill in deep offshore waters*, Environmental Pollution 173:224-30 (Feb. 2013), *available at* https://www.ncbi.nlm.nih.gov/pubmed/23202654

169.   NOAA Office of Response and Restoration, *Training: Aerial Observation of Oil Spills*, *available          at*          https://response.restoration.noaa.gov/training-and-education/training/workshops/aerial-observation-training.html

170.   Lewan, M.D., Warden, A., Dias, R.F., Lowry, Z.K., Hannah, T.L., Lillis, P.G., Kokaly, R.F., Hoefen, T.M., Swayze, G.A., Mills, C.T., Harris, S.H., and Plumlee, G.S., *Asphaltene content and composition as a measure of Deepwater Horizon oil spill losses within the first 80 days*, Organic Geochemistry 75:54-60, doi:10.1016/j.orggeochem.2014.06.004 (Oct. 2014), *available          at* https://www.sciencedirect.com/science/article/pii/S0146638014001545

171.   Reddy, C.M., Arey, J.S., Seewald, J.S., Sylva, S.P., Lemkau, K.L., Nelson, R.K., Carmichael, C.A., McIntyre, C.P., Fenwick, J., Ventura, G.T., Van Mooy, B.A.S., and Camilli, R., *Composition and fate of gas and oil released to the water column during the Deepwater Horizon oil spill*, PNAS 109(50):20229-20234 (Dec. 11, 2012), *available at* https://www.pnas.org/content/109/50/20229

172.   Edwards, B.R., Reddy, C.M., Camilli, R., Carmichael, C.A., Longnecker, K., Van Mooy, B.A.S., *Rapid microbial respiration of oil from the Deepwater Horizon spill in offshore*

*surface waters of the Gulf of Mexico*, Environmental Research Letters 6(035301), doi:10.1088/1748-9326/6/3/035301 (Sept. 2011), *available at* https://www.researchgate.net/publication/216837293_Rapid_microbial_respiration_of_oil_from_the_Deepwater_Horizon_spill_in_offshore_surface_waters_of_the_Gulf_of_Mexico

173. Redmond, M.C. and Valentine, D.L., *Natural gas and temperature structured a microbial community response to the Deepwater Horizon oil spill*, PNAS 109:20292-20297 (Dec. 11, 2011), *available at* https://www.pnas.org/content/109/50/20292

174. Valentine D.L., et al., *Propane respiration jump-starts microbial response to a deep oil spill*, Science 330:208-211 (Oct. 8, 2010), *available at* https://www.ncbi.nlm.nih.gov/pubmed/20847236

175. Hazen, T.C., Dubinsky, E.A., DeSantis, T.Z., Andersen, G.L., Piceno, Y.M., Singh, N., Jansson, J.K., Probst, A., Borglin, S.E., Fortney, J.L., Stringfellow, W.T., Bill, M., Conrad, M.E., Tom, L.M., Chavarria, K.L., Alusi, T.R., Lamendella, R., Joyner, D.C., Spier, C., Baelum, J., Auer, M., Zemla, M.L., Chakraborty, R., Sonnenthal, E.L., D'Haeseleer, P., Holman, H.Y.N., Osman, S., Lu, Z.M., Van Nostrand, J., Deng, Y., Zhou, J.Z., and Mason, O.U., *Deep-sea oil plume enriches indigenous oil- degrading bacteria*, Science 330:204-208 (Oct. 8, 2010), *available at* https://www.ncbi.nlm.nih.gov/pubmed/20736401

176. Baelum, J., Borglin, S., Chakraborty, R., Fortney, J.L., Lamendella, R., Mason, O.U., Auer, M., Zemla, M., Bill, M., Conrad, M.E., Malfatti, S.A., Tringe, S.G., Holman, H.Y., Hazen, T.C., and Jansson, J.K., *Deep-sea bacteria enriched by oil and dispersant from the Deepwater Horizon spill*, Environmental Microbiology, doi:10.1111/j.1462-2920.2012.02780 (Sept. 2012), *available at* https://www.ncbi.nlm.nih.gov/pubmed/22616650

177. Chakraborty, R., Borglin, S.E., Dubinsky, E.A., Andersen, G.L., and Hazen, T.C., *Microbial response to the MC-252 oil and Corexit 9500 in the Gulf of Mexico*, Frontiers in Microbiology, Microbiotechnology, Ecotoxicology and Bioremediation, 3(357):1-6, 4 doi: 10.3389/fmicb.2012.00357 (Oct. 11, 2012), *available at* https://www.frontiersin.org/articles/10.3389/fmicb.2012.00357/full

178. Valentine D.L., et al., *Propane respiration jump-starts microbial response to a deep oil spill*, Science 330:208-211 (Oct. 8, 2010), *available at* https://www.ncbi.nlm.nih.gov/pubmed/20847236

179. Siron, R., Pelletier, E., and Brochu, C., *Environmental Factors Influencing the Biodegradation of Petroleum Hydrocarbons in Cold Seawater*, Archives of Environmental Contamination and Toxicology 28(4):406-416 (May 1995), *available at* https://link.springer.com/article/10.1007%2FBF00211621

180. Valentine, D.L., Mezic, I., Macešic, S., Crnjaric-Žic, N., Ivic, S., Hogand, P.K.,

Fonoberove, V.A., and Loireb, S., *Dynamic autoinoculation and the microbial ecology of a deep water hydrocarbon irruption*, PNAS 100:20286 (2012), *available at* https://www.pnas.org/content/109/50/20286

181.  Lubchenco, J., McNutt, M.K., Dreyfus, G., Murawski, S.A., Kennedy, D.M., Anastas, P.T., Chu, S., and Hunter, T., *Science in support of the Deepwater Horizon response*, PNAS 109(50), doi:10.1073/pnas (Dec. 11, 2012), *available at* https://www.ncbi.nlm.nih.gov/pubmed/23213250

182.  Overton, E.B., Wade, T.L., Radovi, J.R., Meyer, B.M., Miles, M.S., Larter, S.R., *Chemical composition of Macondo and other crude oils and compositional alterations during oil spills*, Oceanography 29(3):50-63 (2016), *available at* https://tos.org/oceanography/assets/docs/29-3_overton.pdf

183.  Kujawinski, E.B., Kido Soule, M.C., Valentine, D.L., Boysen, A.K., Longnecker, K., Redmond, M.C., *Fate of dispersants associated with the Deepwater Horizon oil spill*, Environ Sci Technol. 45(4):1298-1306 (Feb. 15, 2011), *available at* https://www.ncbi.nlm.nih.gov/pubmed/21265576

184.  National Research Council (NRC), *Oil Spill Dispersants: Efficacy and effects. Committee on understanding oil dispersants efficacy and effects*, National Academy of Sciences (2005), *available at* https://www.nap.edu/catalog/11283/oil-spill-dispersants-efficacy-and-effects

185.  Graham, L.J., et al., *Chemical Dispersants and their Role in Oil Spill Response*, MASGP-15-015 (2016), *available at* http://masgc.org/oilscience/oil-spill-science-dispersant-bkgrnd.pdf

186.  Middlebrook, A.M., Murphy, O.M., Ahmadov, R., et al., *Air quality implications of the Deepwater Horizon oil spill*, Proceedings of the National Academy of Sciences of the United States of America, 109(50):20280-20285. doi:10.1073/pnas.1110052108 (Dec. 11, 2012), *available at* https://www.ncbi.nlm.nih.gov/pubmed/22205764

187.  Blackwell, D.L., Lucas, J.W., and Clarke, T.C., *Summary health statistics for U.S. adults: national health interview survey, 2012*, Vital Health Stat 10 (260):1-161 (Feb. 2014), *available at* https://www.ncbi.nlm.nih.gov/pubmed/24819891

188.  CIREP 1998. *Cosmetic Ingredient Review Expert Panel. Amended Final Report on the Safety Assessment of Dioctyl Sodium Sulfosuccinate*. Int J Toxicol; 17:1-20 (February 1, 1998), *available at* https://journals.sagepub.com/doi/abs/10.1177/109158189801700403

189.  Fred Tremmel, *Deepwater Horizon MC252, New Orleans, LA (NOLA) Unified Area Command (UAC), Heat Stress Management Plan*, Version 1.2 (Aug. 4, 2014), *available at* https://www.yumpu.com/en/document/read/25064208/heat-stress-management-plan-

-17-

osha

190. Deepwater Horizon Natural Resource Damage Assessment Trustees, National Oceanic and Atmospheric Administration, *Deepwater Horizon Oil Spill: Final Programmatic Damage Assessment and Restoration Plan and Final Programmatic Environmental Impact Statement* (2016), *available at* https://www.gulfspillrestoration.noaa.gov/restoration-planning/gulf-plan

191. Florida Department of Health, *2010 Deepwater Horizon Oil Spill Response, ESF 8 After Action Report and Improvement Plan* (April 30, 2011), *available at* http://www.floridahealth.gov/programs-and-services/emergency-preparedness-and-response/training-exercise/_documents/deepwater-aar.pdf

192. Plog, B.A., et al., *Fundamentals of Industrial Hygiene*, National Safety Council (5 ed. 2002), *available at* http://hima-k3.ppns.ac.id/wp-content/uploads/2016/09/NSC-Manual-Industrial-Hygiene.pdf

193. Evan Kaplan, *The Physics Factbook* (2007), *available at* https://hypertextbook.com/facts/2007/EvanKaplan.shtml

194. Gibbons, J., et al., National Institute for Occupational Safety and Health, *Health Hazard Evaluation of Deepwater Horizon Response Workers Interim Report 2* (July 12, 2010), *available at* https://www.cdc.gov/niosh/hhe/pdfs/interim_report_2.pdf

195. Daniela M. Pampanin and Magne O. Sydnes, *Polycyclic Aromatic Hydrocarbons a Constituent of Petroleum: Presence and Influence in the Aquatic Environment*, DOI:10.5772/48176 (Jan. 16, 2013), *available at* https://www.intechopen.com/books/hydrocarbon/polycyclic-aromatic-hydrocarbons-a-constituent-of-petroleum-presence-and-influence-in-the-aquatic-en

196. J. Bishop, et al., *Review of international research literature regarding the effectiveness of auditory bird scaring techniques and potential alternatives* (Dec. 2003), *available at* https://pdfs.semanticscholar.org/52d1/7a806a7156c45b3f50bf7ea8eb7b918ac4ab.pdf?_ga=2.112037956.1558592610.1574274329-562659028.1574274329

197. Seattle Transit Authority, *3.8 Noise and Vibration - Sound Transit for East Link Project from Transit Noise and Vibration Impact Assessment Manual* (2006), *available at* https://www.soundtransit.org/sites/default/files/03B_OMSF_FEIS_Ch3_AffEnv-EnvConseq_3.8-3.18_Part2.pdf

198. U.S. Coast Guard, *Final Action Memorandum - Incident Specific Preparedness Review*

*Deepwater Horizon Oil Spill,* 2011 (BP-B3_00002403-2569)

199.  National Institute of Environmental Health Sciences, *Dispersants Frequently Asked Questions*, archive *available at* https://web.archive.org/web/20180423011820/https://www.niehs.nih.gov/research/supported/centers/gulfconsortium/dispersants/index.cfm (*originally available at* https://www.niehs.nih.gov/research/supported/centers/gulfconsortium/dispersants/index.cfm)

200.  Hodgson E. (Ed.), *A Textbook of Modern Toxicology* (4 ed. 2010), *available at* http://pustaka.unp.ac.id/file/abstrak_kki/EBOOKS/A%20textbook%20of%20Modern%20Toxicology.pdf

201.  ATSDR Guidance Manual for the Assessment of Joint Toxic Action of Chemical Mixtures. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 2004.

202.  ATSDR. Medical Management Guidelines Benzene.  Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA. Available at: https://www.atsdr.cdc.gov/MMG/MMG.asp?id=35&tid=14.

203.  ATSDR. Medical Management Guidelines Xylenes.  Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA. Available at: https://www.atsdr.cdc.gov/MMG/MMG.asp?id=291&tid=53.

204.  ATSDR. Public Health Statements.  Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA. Available at: https://www.atsdr.cdc.gov/phs/index.asp.

205.  ATSDR. Toxicological Profile for 2-Butoxyethanol and 2-Butoxyethanol Acetate. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 1998.

206.  ATSDR. Toxicological Profile for Benzene. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 2007.

207.  ATSDR. Toxicological Profile for Ethylbenzene. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 2010.

208.  ATSDR. Toxicological Profile for N-Hexane. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 1999.

209.  ATSDR. Toxicological Profile for Naphthalene, 1-Methylnaphthalene, and 2-Methylnaphthalene Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 2005.

210. ATSDR. Toxicological Profile for Polycyclic Aromatic Hydrocarbons (PAHs). Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 1995.

211. ATSDR. Toxicological Profile for Propylene Glycol. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 1997.

212. ATSDR. Toxicological Profile for Toluene. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 2000.

213. ATSDR. Toxicological Profile for Total Petroleum Hydrocarbons (TPH). Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 1999.

214. ATSDR. Toxicological Profile for Xylene. Agency for Toxic Substances and Disease Registry, U.S. Department of Health and Human Services, Atlanta, GA, 2007.

215. Backer LC, Egeland GM, Ashley DL, et al. Exposure to gasoline and ethanol oxyfuel during refueling in Alaska.

216. Baker AK, et al.  Measurements of nonmethane hydrocarbons in 28 United States cities. Atmosph Environ 2008; 42:170-182.

217. British Columbia. How Forest Fires Affect Air Quality. Available at http://www.bcairquality.ca/topics/forest-fires-air-quality.html.

218. Brown J, Beckmann D, Bruce L, et al. PAH Depletion Ratios Document the Rapid Weathering and Attenuation of PAHs in Oil Samples Collected after the Deepwater Horizon: 2011 International Oil Spill Conference, Portland, Oregon. DOI: 10.7901/2169-3358-2011-1-336, 2011.

219. CDC. Emergency Preparedness and Response, Health Surveillance – State of Louisiana. Available at: http://emergency.cdc.gov/gulfoilspill2010/2010gulfoilspill/surveillance_LA.asp.

220. CDC. Emergency Preparedness and Response, Health Surveillance – state of Florida. Available at: http://emergency.cdc.gov/gulfoilspill2010/2010gulfoilspill/surveillance_FL.asp

221. Cole P. Epidemiology, health policy, and law. ELR, 1997; 27(6). Available at: http://www.masonlec.org/site/files/2012/04/Fitzsimmons_Causality-in-Epidemiology.pdf. Accessed on 6/11/16.

222. Devlin R. Global Implications of Oil Spills on Mankind and the Environment. USEPA. Presented at CHEST 2011, Honolulu, HI, Oct 2011.

223.   Florida Department of Environmental Protection. Division of Air Resource Management Bureau of Air Monitoring and Mobile Sources. Air Monitoring Report 2010. Available at: http://www.dep.state.fl.us/air/air_quality/techrpt/2010%20Annual%20Monitoring%20Report.pdf.

224.   Gong C. The impact of weathering on MC252 oil chemistry and its fingerprinting. SETAC North America 31st Meeting, Portland, November 2010.

225.   Haynes D, Abraham GE, Dwyer TM, et al. About spirometry. J MSMA 2015;95-98.

226.   Hayworth JS, Clement TP. Provenance of Corexit-related chemical constituents found in nearshore and inland Gulf Coast waters. Mar Pollut Bull 2012;64:2005-2014.

227.   Hill AB. The environment and disease: Association or causation? Proc Royal Soc Medicine 1965;58:295-300.

228.   Houma ICP, Aerial Dispersant Group, After Action Report: Deepwater Horizon MC252 Response, Aerial Dispersant Response. HAZWOPR Requirement. December 31, 2010. Available at: http://www.ncbi.nlm.gov/pmc/articles/PMC2920106/.

229.   IPCS INCHEM. Distillates (Petroleum), Hydrotreated Light.  ICSC 1379, 2001.

230.   IQAir. Air Quality and Pollution City Ranking. Available at https://www.iqair.com/us/world-air-quality-ranking. Accessed on 3/30/20.

231.   Jaffe JA, Wigder NL. Ozone production from wildfires: A critical review. Atmos Environ 2012;51:1-10. EPA. Wildfires and Prescribed Burning. Available at: http://www.epa.gov/ttnchie1/ap42/ch13/final/c13s01.pdf.

232.   Liu Z, Liu J, Zhu Q, Wu W. The weathering of oil after the Deepwater Horizon oil spill: insights from the chemical composition of the oil from the sea surface, salt marshes and sediments. Environ Res Lett 2012;7:1-14.

233.   Michaels D, Howard J. Review of the OSHA-NIOSH response to the Deepwater Horizon oil spill: Protecting the health and safety of cleanup workers, July 18, 2012 Field Report. PLOS Currents Disasters 2012;Jul 18. Edition 1. doi:10.1371/4fa83b7576b6e.

234.   Middlebrook AM, Murphy DM, Ahmadov R, et al. Air quality implications of the Deepwater Horizon oil spill. PNAS Early Edition, December 28, 2011. Available at: www.pnas.org/cgi/doi/10.1073/pnas.1110052108.

235.   NRC. National Research Council, Federal Judicial Center. Reference Manual on Scientific Evidence, 3rd ed., Committee on the Development of the Third Edition of the Reference Manual on Scientific Evidence, Committee on Science, Technology, and Law Policy and Global Affairs. The National Academies Press, Washington DC, 2011.

236.   NRC. National Research Council. Subcommittee on Acute Exposure Guideline Levels. Standing operating procedures for developing acute exposure guideline levels for hazardous chemicals . Washington, DC: National Academy Press, 2001.

237.   OECD. Organization for Economic Co-operation and Development. Propylene Glycol Ethers. UNEP Publications, 2003.

238.   Operational Science Advisory Team (OSAT-2) Gulf Coast Management Team. Summary Report for Fate and Effects of Remnant Oil in the Beach Environment. Prepared for Lincoln D. Stroh, CAPT, U.S. Coast Guard Federal On-Scene Coordinator. February 10, 2011. Available at: http://www.restorethegulf.gov/sites/default/files/u316/OSAT-2%20Report%20no%20ltr.pdf. Accessed on 3/31/2012.

239.   Operational Science Advisory Team (OSAT) Unified Area Command. Summary Report for Sub-Sea and Sub-Surface Oil and Dispersant Detection: Sampling and Monitoring. Prepared for Paul F. Zukunft, RADM, U.S. Coast Guard Federal On-Scene Coordinator Deepwater Horizon MC252. December 17, 2010. Available at: CDC. Oil Spill Dispersant (COREXIT®EC9500A and EC9527A) Information for Health Professionals. Available at: http://www.restorethegulf.gov/sites/default/files/documents/pdf/OSAT_Report_FINAL_17DEC.pdf. Accessed on 8/10/2012.

240.   Ocean Health Chemistry of Seawater. Available at: https://oceanplasma.org/documents/chemistry.html. Downloaded on 2/18/18.

241.   Post G. Dermal absorption of inorganic arsenic from water. Environmental Assessment and Risk Analysis Element. White paper summary. New Jersey Department of Environmental Protection. 2003. Available at: https//www.state.nj.us/dep/dsr/research/dermal-arsenic-whitepaper.pdf.

242.   Ravishankara AR, Goldman J. Air Chemistry in the Gulf of Mexico Oil Spill Area. NOAA WP-3D Airborne Chemical Laboratory Flights of 8 and 10 June 2010. Available at: https://www.esrl.noaa.gov/csd/groups/csd7/measurements/2010gulf/GulfReport.pdf. Accessed on: 1/1/20.

243.   Ryerson TB, Camilli R, Kessler JD, et al. Chemical data quantify Deepwater Horizon hydrocarbon flow rate and environmental distribution. PNAS Early Edition, January 10, 2012. Available at: www.pnas.org/cgi/doi/10.1073/pnas.1110564109.

244.   Stout SA, Payne JR, Emsbo-Mattingly SD, Baker G. Weathering of fjeld-collected floating and stranded Macondo oils during and shortly after the Deepwater Horizon oil spill. Mar Pollut Bull 2016;105:7-22.

245.   Susser M. Rules of inference in epidemiology. Regul Toxicol Pharmacol, 1986; 6(2): 116-28. dio: 10.1016/0273-2300(86)90029-2.

246.    USGS 1984. Element Concentrations in Soils and Other Surficial Materials of the Conterminous United States.    U.S. Geological Survey Professional Paper 1270, Washington DC, 1984.

247.    USGS 2002. Sediment Database and Geochemical Assessment of Lake Pontchartrain Basin.  USGS Professional Paper 1634, 2002.

248.    WHO. Arsenic and Arsenic Compounds. Environmental Health Criteria 224. World Health Organization. Geneva, 2001.

249.    Azari AA, Barney NP. Conjunctivitis: A systematic review of diagnosis and treatment. JAMA 2013;310:1-21.

250.    Jacobs DS. Conjunctivitis. UpToDate. Available at: https://www.uptodate.com.  2018.

251.    Jacobs DS. Cataracts in Adults. UpToDate. 2019. Available at: https://www.uptodate.com.

252.    Shtein RM. Dry eye disease. UpToDate. 2019. Available at https://www.uptodate.com.

253.    Silva PS. Diabetic Retinopathy. UpToDate. 2019. Available at: https://www.uptodate.com.

254.    Beule, A., *Epidemiology of chronic rhinosinusitis, selected risk factors, comorbidities, and economic burden*, GMS Curr Top Otorhinolaryngology Head Neck Surg 14:Doc11. doi: 10.3205/cto000126 (March 2015), *available at* https://www.ncbi.nlm.nih.gov/pubmed/25860487

255.    Bhattacharyya N. *Air quality influences the prevalence of hay fever and sinusitis*. Laryngoscope; 119:429-433 (March 2009), *available at* https://pubmed.ncbi.nlm.nih.gov/19160400/

256.    Hsu, J., Avila, P.C., Kern, R.C., Hayes, M/G., Schleimer, R.P., and Pinto, J.M., *Genetics of chronic rhinosinusitis: state of the field and directions forward*, J Allergy Clin Immunol 131 (4):977-93, 993 e1-5. doi: 10.1016/j.jaci.2013.01.028 (April 2013), *available at* https://www.ncbi.nlm.nih.gov/pubmed/23540616

257.    Hamilos DL, Holbrook E. Chronic rhinosinusitis: Clinical manifestations, pathophysiology, and diagnosis. Available at: https://www.uptodate.com. 2018.

258.    Mayo Clinic. Nasal Polyps. Available at: https://www.mayoclinic.org/diseases-conditions/nasal-polyps/symptoms-causes/syc-20351888?p=1. 2019.

259.    Min, J.Y. and Tan, B.K., *Risk factors for chronic rhinosinusitis*, Curr Opin Allergy Clin Immunol 15 (1):1-13. doi: 10.1097/ACI.0000000000000128 (Feb. 2015), *available at* https://www.ncbi.nlm.nih.gov/pubmed/25479315

260.    Peters AT, Spector S, Hsu J, et al. Diagnsis and management of rhinosinusitis: a practice

parameter update. Ann Allerg Asthma IM 2014;113:347-385.

261.   Reh DD, Higgins TS, Smith TL. Impact of tobacco smoke on chronic rhinosinusitis – a review of the literature. Int Forum Allergy Rhinol 2012:2:362-369.

262.   Rosenfeld RM, Piccirillo, JF, et al.  Clinical Practice Guidelines (Update): Adult Sinusitis. Otolaryngology Head Neck Surg 2015;152:S1-S39.

263.   Stallman JS, Lobo JN, Som PM. The incidence of concha bullosa and its relationship to nasal septal deviation and paranasal sinus disease. AJNR 2004;25:1613-1618.

264.   Tan, B.K., Chandra R.K., Pollak, J., Kato, A., Conley, D.B., Peters, A.T., Grammer, L.C., Avila, P.C., Kern, R.C., Stewart, W.F., Schleimer, R.P., and Schwartz, B.S., *Incidence and associated premorbid diagnoses of patients with chronic rhinosinusitis*, J Allergy Clin Immunol 131 (5):1350-60. doi: 10.1016/j.jaci.2013.02.002 (May 2013), *available at* https://www.ncbi.nlm.nih.gov/pubmed/23541327

265.   Tomlinson CM, Cheng MR, Lal D, Hoxworth JM, The impact of middle turbinate concha bullosa on the severity of inferior turbinate hypertrophy in patients with a deviated septum. Am J Neuroradiol 2016:37;1324-1330.

266.   Bardana EJ. Reactive airways dysfunction syndrome (RADS): guidelines for diagnosis and treatment and insight into likely prognosis. Ann Allerg Asthma IM 1999;83:583-586.

267.   Bayer-Oglesby L, Grize L, Gassner M, et. al. *Decline of ambient air pollution levels and improved respiratory health in Swiss Children*. Environmental Health Perspectives; 113:1632-1637 (June 21, 2005), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1310930/

268.   Brooks SM. Reactive Airways Dysfunction Syndrome and considerations of Irritant-Induced Asthma. JOEM 2013;55:1118-1120.

269.   Brooks SM. Then and now Reactive Airways Dysfunction Syndrome. JOEM 2016;58:636-637.

270.   Burdon J. Adult-onset asthma. RCGP 2015;44:554-557.

271.   CNESST. List of Agents causing occupational asthma. Repertoire toxicologique. 2019;1-22.

272.   Cartier A, Bernstein D. Occupational asthma: Definitions, epidemiology, causes and risk factors. UpToDate. 2019. Available at https://www.uptodate.com.

273.   Jang AS, Jun YJ, Park MK. Effects of air pollutants on upper airway disease. Curr Opin Allergy Clin Immunol 2016;16:13-17.

274.   Kenyon N, Morrissey B. Occupational asthma. Clin Rev Allerg Immunol 2012;43:3-13.

275.   Komatsu Y, Hoppo T, Jobe B. Proximal Reflux as a cause of adult-onset asthma. JAMA Surg 2013;148:50-58.

276.   Labrecque M. Irritant-induced asthma. Curr Opin Allergy Clin Immunol 2012;12:140-144.

277.   Leikauf G. Hazardous air pollutants and asthma. Environ Health Persp 2002;110:1-22.

278.   Lemiere C, Boulet LP, Cartier A. Reactive airways dysfunction syndrome and irritant-induced asthma. Available at: https://www.uptodate.com. 2018.

279.   Litonjua A, Weiss S. Risk factors for asthma. UpToDate. 2019. Available at https://www.uptodate.com.

280.   Melo LC, Meddonca da Silva MA, Calles AC. Obesity and lung function: a systematic review. Einstein 2014;12:120-125.

281.   Nijs S, Venekamp L, Bel E. Adult-onset asthma:  is it really different? Eur Respir Rev 2013;22:44-52.

282.   Shakeri MS, Dick FD, Ayres JG. Which agents cause reactive airways dysfunction syndrome (RADS)? A systematic review. Occup Med-C 2008;58:205-211.

283.   Tarlo S, Lemiere C. Occupational asthma. New Engl J Med 2014;370:640-649.

284.   Tarlo SM, Balmes J, Balkissoon R, et al. Diagnosis and management of work-related asthma, American College of Chest Physicians Consensus Statement. CHEST 2008;134:1S-41S.

285.   Wenzel S. Severe asthma phenotypes. UpToDate. 2019. Available at https://www.uptodate.com.

286.   AAOA. Medicines to avoid before allergy skin testing. Available at: aaoa@aaoaf.org . 2019.

287.   Belsito DV. Occupational contact dermatitis: Etiology, prevalence, and resultant impairment/disability. J Am Acad Dermatol 2005;53:303-312.

288.   Castenedo-Tardan MP, Zug KA. Allergic Contact Dermatitis. Fitzpatrick's Dermatology in General Medicine. Access Medicine. 2015.

289.   Dice JP, Gonzalez-Reyes E. Physical (inducible) forms of urticaria. UpToDate. 2019. Available at https://www.uptodate.com.

290.   Goldner R, Fransway AF. Irritant contact dermatitis in adults. Available at:

https://www.uptodate.com. 2018.

291.   Yiannias J. Clinical features and diagnosis of allergic contact dermatitis. Available at: https://www.uptodate.com. 2018

292.   Aksoy M, Dincol K, Akgun T, et al. Haematological effects of chronic benzene poisoning in 217 workers.  Brit J Ind Med 1971;28:296-302.

293.   Doll R. Occupational cancer: problems in interpreting human evidence. Ann Occup Hyp, 1984; 28(3): 291-305. dio:  10.1093/annhyp/28.3.291.

294.   Yin S, Li G, Hu Y, et al. Symptoms and signs of workers exposed to benzene, toluene or the combination. Ind Health 1987;25:113-130.

295.   Griffith DE. Overview of nontuberculous Mycobacterial infections in HIV-negative patients. UpToDate. 2019. Available at: https://www.uptodate.com.

296.   King T. Clinical features and diagnosis of eosinophilic granulomatosis with polyangiitis (Churg-Strauss). UpToDate. 2019. Available at https://www.uptodate.com.

297.   King T. Epidemiology, pathogenesis, and pathology of eosinophilic granulomatosis with polyangiitis (Churg-Strauss). UpToDate. 2019. Available at https://www.uptodate.com.

298.   Klion A, Weller P. Overview of pulmonary eosinophilia. UpToDate. 2018. Available at https://www.uptodate.com.

299.   Mayo Clinic, Eosinophilia causes. 2019.  Available at https://mayoclinic.org.

300.   MSDH. Mississippi State Department of Health. Deepwater Horizon Oil Spill – One Year Later. Mississippi Morbidity Report 2011;27:1-3.

301.   Neff JM. Ecotoxicology of arsenic in the marine environment. Environ Toxicol Chem 1997;16:917-927.

302.   Roufosse F, Klion A, Weller, P. Hypereosinophilic syndromes: Clinical manifestations, pathophysiology, and diagnosis. UpToDate. 2017. Available at https://www.uptodate.com.

303.   Surgeon General. Smoking and health: report of the Advisory Committee to the Surgeon General of the Public Health Service. Washington, DC: Public Health Service, 1964. (DHEW        publication        no.        (PHS)        64-1103).        Available        at: https://profiles.nlm.nih.gov/ps/access/NNBBMQ.pdf. Accessed on 6/6/16.

304.   Weller P, Klion A. Eosinophil biology and causes of eosinophilia. UpToDate. 2019. Available at https://www.uptodate.com.

305.   Weller PF. Eosinophil biology and causes of eosinophilia. UpToDate. 2017. Available at

https://www.uptodate.com.

306. Any figures, publications, and/or attachments used by expert witnesses on behalf of BP or Plaintiff

307. Excerpts of the deposition of Plaintiff

308. Transcripts of the depositions of other physicians, nurses, administrators, diagnosticians and/or any other personnel of medical providers, practices, or institutions related to the diagnoses of symptoms or conditions of B3 claimants

309. The transcript of any deposition and exhibits taken in this matter

310. FRE 1006 Summaries of Plaintiff's Medical Records

311. FRE 1006 Summaries of Plaintiff's Employment Records

312. FRE 1006 Summaries of Environmental Sampling Data

313. FRE 1006 Summaries of Occupational Safety Standards

314. FRE 1006 Summaries of Safety Protocols

315. Any exhibit referenced at any deposition taken in this matter

316. Any exhibit for impeachment purposes

317. All pleadings filed in this litigation

318. Any exhibit listed or used at trial by any other party

319. BP reserves the right to supplement this preliminary list of exhibits.


Respectfully submitted

*/s/ Neil C. Abramson*
Neil C. Abramson, T.A. (Bar #21436)
R. Keith Jarrett (Bar #16984)
Charles B. Wilmore (Bar #28812)
Devin Reid (Bar #32645)
Nora B. Bilbro (Bar #22955)
Erin C. Percy (Bar #33627)
Brady M. Hadden (Bar #37708)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000

New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108
Emails: ncabramson@liskow.com
      rkjarrett@liskow.com
      cbwilmore@liskow.com
      dcreid@liskow.com
      nbilbro@liskow.com
      epercy@liskow.com
      bhadden@liskow.com

and

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(rothm@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production
Inc., BP America Production Company, and
BP p.l.c.*
/s/ Paul C. Thibodeaux
Kerry J. Miller (LA 24562), T.A.
Paul C. Thibodeaux (LA 29446)
Daniel J. Dysart (LA 33812)
Fishman Haygood LLP
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone: (504) 556-5549
Facsimile: (504) 556-5548
Email:
kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com

*Counsel for Transocean Holdings, LLC,
Transocean Deepwater, Inc., and
Transocean Deepwater Drilling, Inc.*

<u>/s/ R. Alan York</u>
R. Alan York
J. Keely Dulaney
Travis R. Reed
Reed Smith LLP
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: (713) 469-3824
Facsimile: (713) 469-3899
ayork@reedsmith.com
kdulaney@reedsmith.com
treed@reedsmith.com

*Counsel for Halliburton Energy Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 30, 2022, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the court's electronic filing system.  I also certify that I have served this filing by hand delivery, facsimile, electronic transmission, or United States Postal Service to all counsel of record who are not registered to receive electronic service by operation of the court's electronic filing system.

*/s/ Neil C. Abramson*